**United States District Court**
For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   JABIR SINGH, et al.,                          No. C 15-01701 JSW

10          Plaintiffs,

                                                  **ORDER CONTINUING CASE**
11   v.                                           **MANAGEMENT CONFERENCE AND**
                                                  **SETTING DEADLINE TO FILE MOTION**
12   ROADRUNNER INTERMODAL SERVICES,              **TO TRANSFER**
     LLC, et al.,
13

14          Defendants.

                                          /
15

16          The Court has received and considered the parties' joint case management statement, and it

17   HEREBY CONTINUES the case management conference set for July 24, 2015 at 11:00 a.m. to

18   September 25, 2015 at 11:00 a.m.  The parties shall submit an updated joint case management

19   statement by September 18, 2015.

20          Defendants state that they intend to file a motion to transfer.  Defendants shall do so by no

21   later than August 21, 2015, which shall be noticed for hearing in accordance with the Northern

22   District Civil Local Rules, or show good cause for an extension of that deadline.

23          **IT IS SO ORDERED.**

24   Dated: July 20, 2015                         _____
                                                  JEFFREY S. WHITE
25                                                UNITED STATES DISTRICT JUDGE

26

27

28