1
**WAGNER, JONES, KOPFMAN,**
**& ARTENIAN LLP**
Nicholas J.P. Wagner #109455
2
Andrew B. Jones #076915
Daniel M. Kopfman #192191
3
Lawrence M. Artenian #103367
Angela E. Martinez #297169
4
1111 E. Herndon, Ste. 317
Fresno, CA 93720
5
559/449-1800
559/449-0749 Fax
6
Attorneys for Plaintiffs, JABIR SINGH, BANY LOPEZ, JULIO VIDRIO, JAMES SLIGER,
DERRICK LEWIS, JERRY LEININGER and KRISTOPHER SPRING

7

8
UNITED STATES DISTRICT COURT

9
NORTHERN DISTRICT OF CALIFORNIA

10

11
JABIR SINGH, BANY LOPEZ, JULIO )
VIDRIO, JAMES SLIGER, DERRICK )
12
LEWIS, JERRY LEININGER and )
KRISTOPHER SPRING, )

13
)

14
Plaintiffs, )

15
vs. )
)
16
ROADRUNNER INTERMODAL SERVICE, )
LLC; CENTRAL CAL TRANSPORTATION, )
17
LLC.; and DOES 1-100, inclusive, )
)
18
Defendants. )

19

Case No.: 15-CV-01701 JCS

[Assigned to the Honorable Jeffrey S. White
for All Purposes – Courtroom 5, 2nd Fl,
Oakland]

**STIPULATION AND [PROPOSED]**
**ORDER TO MODIFY BRIEFING**
**SCHEDULE ON DEFENDANTS'**
**MOTION TO TRANSFER VENUE**
AS MODIFIED HEREIN

Current
Hearing Date:     October 2, 2015
Time:                 9 am
Dept:                 5

20
STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO TRANSFER VENUE                                    Page 1

**WHEREAS** Defendants filed a Motion to Transfer Venue on August 21, 2015 (ECF No. 18);

**WHEREAS** Plaintiffs' response is currently due on or before September 4, 2015;

**WHEREAS** Defendants' reply is currently due on or before September 11, 2015;

**WHEREAS** a hearing on Defendants' Motion to Transfer Venue was originally set for September 18, 2015.

**WHEREAS** the Defendants re-noticed the hearing date from September 18, 2015 to October 2, 2015 (ECF No. 23);

**WHEREAS** Plaintiffs' counsel is devoting its resources to prepare for a September 4, 2015 pretrial conference in Fresno County Superior Court for *Cortina, et al. v. North American Title Company, et al*, Case No. 07 CE CG 01169;

**WHEREAS** *Cortina, et al. v. North American Title Company, et al*, Case No. 07 CE CG 01169 is a certified class action with more than 700 class members set to begin trial on September 21, 2015;

**WHEREAS** Plaintiffs' counsel, Daniel M. Kopfman, is primarily responsible for preparing the Opposition to Defendants' Motion to Transfer Venue and was out of the country on a prepaid vacation from August 21, 2015 to August 30. 2015; and,

**WHEREAS** Plaintiffs' counsel request, and Defendants' counsel does not oppose moving the opposition filing date from September 4,2015 to September 18, 2015, and the reply filing date from September 11, 2015 to September 25, 2015.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

Plaintiffs shall have until September 18, 2015 to file its opposition to Defendants' Motion

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO TRANSFER VENUE                    Page 2

1    to Transfer Venue;

     Defendants shall have until September 25, 2015 to file their reply in support of their

2    Motion to Transfer Venue.

3        The hearing date shall be Friday, October 2, 2015 at 9:00 a.m., or such other date and

4    time as the Court may order.

5    DATED:  September 2, 2015                    WAGNER, JONES, KOPFMAN
                                                  & ARTENIAN LLP
6
                                                  By:
7                                                     Daniel M. Kopfman
                                                      Attorneys for Plaintiffs
8
9    DATED:  September 2, 2015                    SCOPELITIS, GARVIN, LIGHT,
                                                  HANSON & FEARY, P.C.
10
                                                  By: /s/ James H. Hanson
11                                                    James H. Hanson
                                                      Attorneys for Defendants
12   ///

13   ///

     ///
14
     ///
15   ///

16   ///

     ///
17
     ///
18   ///

19   ///

     ///
20   STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON
     DEFENDANTS' MOTION TO TRANSFER VENUE                              Page 3

**ATTORNEY ATTESTATION**

In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

DATED:  September 2, 2015                    WAGNER, JONES, KOPFMAN
                                             & ARTENIAN LLP


                                             By:_____
                                                 Daniel M. Kopfman
                                                 Attorneys for Plaintiffs



[PROPOSED] **ORDER**

Having reviewed the parties' Stipulation and good cause appearing, the Court hereby GRANTS the parties' Stipulation and sets the following deadlines:

1. Plaintiffs' response to Defendants Motion to Transfer Venue shall be filed no later than September 18, 2015;

2. Defendants' reply in support of their Motion to Transfer Venue shall be filed no later than September 25, 2015; and,

3. The motion shall be set for hearing on ~~October 2, 2015~~ October 9, 2015 at 9 a.m. , because the parties have not allowed for two weeks between the reply brief deadline and the hearing, as required under the local rules.

**IT IS SO ORDERED.**

September 2, 2015                    _____
                                    Hon. Jeffrey S. White
                                    United States District Judge


STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO TRANSFER VENUE                          Page 4